Darwin BUTLER, Appellant,

v.

The CURATORS OF THE UNIVER-
SITY OF MISSOURI, Appellees.

No. 02–1963.

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 3, 2002.

Filed Oct. 21, 2002.

Before WOLLMAN, MORRIS
SHEPPARD ARNOLD, and MELLOY,
Circuit Judges.

PER CURIAM.

Darwin Butler appeals the district court's[1] order granting defendant's motion to enforce a settlement. Upon careful review of the record, we reject Mr. Butler's argument that the lien asserted by the Division of Child Support Enforcement ("Division") was not perfected. The Division filed proper notice under Mo.Rev.Stat. § 454.505 thereby perfecting a lien on Mr. Butler's settlement proceeds. Accordingly, we affirm the district court's order enforcing the settlement agreement. *See* 8th Cir. R. 47B.

---

1. The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).